**ORIGINAL**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHIDI DAVID ACHEZARA

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

CITY OF NEW YORK,
P.O. JOHN DOE

(full name(s) of the defendant(s)/respondent(s))

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

# 16CV 0631

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes   ☒ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☒ Yes   ☐ No

   If "yes," my employer's name and address are:

   JEWISH ASSOCIATION

   Gross monthly pay or wages: _____ 250/MONTHLY — PER-DIEM

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

SDNY Rev: 8/5/2015

RECEIVED
JAN 26 2016
U.S.D.C.
WP

(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No

(d) Disability or worker's compensation payments ☐ Yes ☑ No

(e) Gifts or inheritances ☐ Yes ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☒ No

(g) Any other sources ☐ Yes ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

FOOD STAMPS — I receive 150 in Food Stamps monthly to assist me with feeding.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

My PER-DIEM WORK'S FAMILY SUPPORT.

4. How much money do you have in cash or in a checking, savings, or inmate account?

NONE

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NONE

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

NONE

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

NONE

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

FOOD — $100 / monthly.

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated _____ 

Signature _____

Name (Last, First, MI) David, Chidi Achezara.

405 Tarrytown Road

Address _____ City White plains

Prison Identification # (If incarcerated)

718 340 8675

Telephone Number

State NY Zip Code 10607

DavidChidi@aol.com

E-mail Address (if available)

IFP Application, page 2



THIS IS NOT A CHECK

NON-NEGOTIABLE

JEWISH CHILD CARE ASSOCIATION
858 EAST 29TH STREET
BROOKLYN NY 11210
COMPANY PH# 917-808-4808

Deposited to the account of
CHIDI DAVID

Advice number: 00000470579
Pay date: 11/20/2015

account number    transit ABA    amount
XXXXXXXXXXXX4749    XXXX XXXX    $46.20

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM